AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

---- OFFENSE CHARGED ----

21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) – Distribution of Methamphetamine; 21 U.S.C. § 853(a) – Drug Forfeiture Allegation

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
AUG 27 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---- DEFENDANT - U.S. ----
▶ JUAN TORRES

DISTRICT COURT NUMBER
CR09-00872 CW

---- PROCEEDING ----

Name of Complaintant Agency, or Person (& Title, if any)
FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   WADE M. RHYNE, AUSA

---- DEFENDANT ----

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction  } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

# UNITED STATES OF AMERICA

v.

# JUAN TORRES

**COUNT ONE:** (21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) – Distribution of Methamphetamine)

PENALTY: Statutory Penalty *Without* Prior § 851 Filed:

| | |
|---|---|
| Imprisonment: | Maximum 40 Years |
| | Mandatory Minimum 5 Years |
| Fine: | Maximum $2,000,000 |
| Supervised Release: | Maximum Lifetime |
| | Mandatory Minimum 4 Years |
| Special Assessment: | Mandatory $100 |

Statutory Penalty *With* Prior § 851 Filed:

| | |
|---|---|
| Imprisonment: | Maximum Lifetime |
| | Mandatory Minimum 10 Years |
| Fine: | Maximum $4,000,000 |
| Supervised Release: | Lifetime Maximum |
| | Mandatory Minimum 8 Years |
| Special Assessment: | Mandatory $100 |

# United States District Court

**FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: Oakland



FILED
AUG 27 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA,

V. 

JUAN TORRES,
a/k/a "Juan Torres-Pena,"

CR09-00872  CW

**DEFENDANT.**

INDICTMENT

21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) –
Distribution of Methamphetamine;
21 U.S.C. § 853(a) – Drug Forfeiture
Allegation

---

A true bill.

_____ Foreman

Filed in open court this _____ day of _____

_____ Clerk

Bail, $ No bail warrant.

8/27/09

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2



FILED
AUG 27 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. |
|---|---|
| Plaintiff, | ) |
| v. | ) VIOLATION: 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) – Distribution of Methamphetamine; 21 U.S.C. § 853(a) – Drug Forfeiture Allegation |
| JUAN TORRES, a/k/a "Juan Torres-Pena," | ) OAKLAND VENUE |
| Defendant. | ) |

INDICTMENT

The Grand Jury charges:

COUNT ONE:     (21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) – Distribution of Methamphetamine)

On or about March 12, 2009, in the Northern District of California, defendant,

JUAN TORRES,

did knowingly and intentionally distribute a Schedule II controlled substance, namely, a mixture and substance containing at least 5 grams but less than 50 grams of actual methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

///

INDICTMENT

FORFEITURE ALLEGATION: (21 U.S.C. § 853(a) – Drug Forfeiture)

1. The factual allegation contained in Count One of this Indictment is realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. §§ 853(a)(1) and (2).

2. Upon a conviction of the offense alleged in Count One, the defendant,

JUAN TORRES,

shall forfeit to the United States all right, title and interest in property constituting and derived from any proceeds defendant obtained, directly or indirectly, as a result of said violations, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including, but not limited to, a money judgment which represents the value of narcotics distributed by defendant.

3. If, as a result of any act or omission of the defendant, any of said property

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

any and all interest defendant has in any other property (not to exceed the value of the above forfeitable property) shall be forfeited to the United States.

///
///
///
///
///
///
///
///

INDICTMENT

1     All in violation of 21 U.S.C. §§ 853(a)(1) and (2), (p) and Rule 32.2 of the Federal Rules of Criminal Procedure.

DATED: August 27, 2009                 A TRUE BILL.

*/s/ Walt Bodley*
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

*/s/ Stephen G. Corrigan*
STEPHEN G. CORRIGAN
Acting Chief, Oakland Branch

(Approved as to form: */s/ WMR* )
                            AUSA WADE M. RHYNE

INDICTMENT